Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

BOBBY M. MATHEW )
                                            Plaintiff(s), )
v. )
BROCADE COMMUNICATIONS SYSTEMS, INC. et al. )
                                            Defendant(s). )

Case No: 3:17-cv-00237

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Gideon A. Schor, an active member in good standing of the bar of U.S.D.C. for the S.D.N.Y, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Brocade Communications Sys., Inc. et al. in the above-entitled action. My local co-counsel in this case is Boris Feldman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1301 Avenue of the Americas, 40th Floor New York, New York 10019-6022 | 650 Page Mill Road Palo Alto, CA 94304-1050 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 999-5800 | (650) 493-9300 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| gschor@wsgr.com | boris.feldman@wsgr.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: GS5932.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/02/17

                                                                 Gideon A. Schor
                                                                     APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Gideon A. Schor is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/3/2017

                                                          UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>     **GIDEON ALEXANDER SCHOR**     </u>, Bar # <u>     **GS5932**     </u>

was duly admitted to practice in this Court on

<u>     **MAY 5th, 1990**     </u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street<br>New York, New York</u>   on   <u>**DECEMBER 20th, 2016**</u>

<u>Ruby J. Krajick</u>     by <u>Wayne Bowne</u>
Clerk                              Deputy Clerk