1  BORIS FELDMAN, State Bar No. 128838
   GIDEON A. SCHOR, State Bar of New York
2  (admitted *pro hac vice*)
   AARON J. BENJAMIN, State Bar No. 301796
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 493-6811
6  boris.feldman@wsgr.com
   gschor@wsgr.com
7  abenjamin@wsgr.com

8  Attorneys for Defendants Brocade
   Communications Systems, Inc., Judy Bruner,
9  Lloyd A. Carney, Renato A. DiPentima,
   Alan L. Earhart, John W. Gerdelman,
10 Kim C. Goodman, David L. House,
   L. William Krause, David E. Roberson,
11 and Sanjay Vaswani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY M. MATHEW, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> BROCADE COMMUNICATIONS SYSTEMS, INC., BROADCOM LIMITED, BROADCOM CORPORATION, DAVID L. HOUSE, LLOYD A. CARNEY, JUDY BRUNER, RENATO A. DiPENTIMA, ALAN L. EARHART, JOHN W. GERDELMAN, KIM C. GOODMAN, L. WILLIAM KRAUSE, DAVID E. ROBERSON and SANJAY VASWANI, <br><br> Defendants. | CASE NO.: 3:17-CV-00237-EMC <br><br> **STIPULATION AND [PR~~OPO~~SED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** <br><br> Before: Hon. Edward Milton Chen <br> Complaint Filed: January 18, 2017 |

WHEREAS, Plaintiff Bobby M. Mathew ("Plaintiff") filed his Complaint for Violation of the Federal Securities Laws on January 18, 2017 ("Complaint") against Brocade Communications Systems, Inc., David L. House, Lloyd A. Carney, Judy Bruner, Renato A. DiPentima, Alan L. Earhart, John W. Gerdelman, Kim C. Goodman, L. William Krause, David E. Roberson and Sanjay Vaswani (collectively, "Brocade Defendants"), Broadcom Limited, and Broadcom Corporation;

WHEREAS, Brocade Defendants waived service of the Complaint, and their responses to the Complaint are currently due April 3, 2017;

WHEREAS, the Court has ordered this case related to five other cases currently pending in the Northern District of California, entitled *Steinberg v. Brocade Communications Systems, Inc., et al.*, Case No. 3:16-cv-07081-EMC, *Gross v. Brocade Communications Systems, Inc., et al.*, Case No. 3:16-cv-07173-EMC, *Jha v. Brocade Communications Systems, Inc., et al.*, Case No. 3:16-cv-07270-EMC, *Bragan v. Brocade Communications Systems, Inc., et al.*, Case No. 4:16-cv-07271-EMC, and *Chuakay v. Brocade Communications Systems, Inc*, et al., Case No. 3:17-cv-00058-EMC;

WHEREAS, counsel for Plaintiff and counsel for Brocade Defendants have stipulated that Brocade Defendants need not answer the Complaint and shall meet and confer on a schedule after consolidation of this case and the above-referenced cases and after the appointment of a lead plaintiff and lead counsel pursuant to the Private Securities Litigation Reform Act of 1995 and the lead plaintiff's filing of a consolidated amended complaint;

NOW, THEREFORE, the parties, by and through their respective counsel, stipulate and agree as follows:

1. Brocade Defendants shall not be required to, and shall not waive any rights, arguments, or defenses by waiting to, answer, move, or otherwise respond to the Complaint in this action;

2. Brocade Defendants and Plaintiff shall meet and confer on a schedule after consolidation and after the appointment of a lead plaintiff and lead counsel pursuant to the Private

1  Securities Litigation Reform Act of 1995 and the lead plaintiff's filing of a consolidated amended
2  complaint;
3     3.   Nothing in this Stipulation shall be construed as a waiver of any of Brocade
4  Defendants' rights or positions in law or in equity, or as a waiver of any defenses that the Brocade
5  Defendants would otherwise have, including, without limitation, jurisdictional defenses.
6     IT IS SO STIPULATED.

7  Dated: February 16, 2017           WILSON SONSINI GOODRICH & ROSATI
                                      Professional Corporation
8                                     BORIS FELDMAN

9
                                      By: /s/ Boris Feldman
10                                        Boris Feldman

11                                    650 Page Mill Road
                                      Palo Alto, CA 94304
12                                    Telephone: (650) 493-9300
                                      Facsimile: (650) 493-6811
13                                    boris.feldman@wsgr.com

14                                    Attorneys for Defendants Brocade
                                      Communications Systems, Inc., Judy Bruner,
15                                    Lloyd A. Carney, Renato A. DiPentima,
                                      Alan L. Earhart, John W. Gerdelman, Kim C.
16                                    Goodman, David L. House, L. William Krause,
                                      David E. Roberson, and Sanjay Vaswani
17

18 Dated: February 16, 2017           ROBBINS GELLER RUDMAN & DOWD LLP
                                      DAVID T. WISSBROECKER
19
                                      By: /s/ David T. Wissbroecker
20                                        David T. Wissbroecker

21                                    655 W Broadway
                                      Suite 1900
22                                    San Diego, CA 92101
                                      Facsimile: (619) 231-7423
23                                    Email: dwissbroecker@rgrdlaw.com

24                                    Attorneys for Plaintiff

25

26

27

28

### [PROPOSED] ORDER

**GOOD CAUSE HAVING BEEN SHOWN**, it is hereby ordered that:

1. Brocade Defendants will not be required to, and shall not waive any rights, arguments, or defenses by waiting to, answer, move, or otherwise respond to the Complaint in this action;

2. Brocade Defendants and Plaintiff shall meet and confer on a schedule after consolidation and after the appointment of a lead plaintiff and lead counsel pursuant to the Private Securities Litigation Reform Act of 1995 and the lead plaintiff's filing of a consolidated amended complaint;

3. Nothing in this Stipulation shall be construed as a waiver of any of Brocade Defendants' rights or positions in law or in equity, or as a waiver of any defenses that Brocade Defendants would otherwise have, including, without limitation, jurisdictional defenses.

**IT IS SO ORDERED.**

DATED: 2/21/17

HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

I, Boris Feldman, am the ECF user whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that David T. Wissbroecker has concurred in this filing.

Dated: February 16, 2017

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Boris Feldman
　　Boris Feldman